**FILED**

Feb 21 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | **Honorable Thomas S. Hixson**<br>**U.S. Magistrate Judge** | RE: | **GARTSMAN, Dina** |
| FROM: | **Silvio Lugo, Chief**<br>**U.S. Pretrial Services Officer** | Docket No.: | **3:20-cr-00378-CRB-1** |
| Date: | **2/18/22** | | |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Josh Libby**                                   **(415) 436-7504**

**U.S. PRETRIAL SERVICES OFFICER**              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __by Zoom__ on __2/24/2022__ at __10:00 a.m.__ .

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s)

A. _____

B. _____

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**                    **DATE**  2/21/2022

Thomas S. Hixson, U.S. Magistrate Judge